```
UNITED STATES DISTRICT COURT                              C/M
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
KAREN ADAMS,                                              :
                                                          :
                            Plaintiff,                    :
                                                          :
                   -against-                              :   15-CV-1522 (BMC)(JO)
                                                          :
DYNAMIC RECOVERY SOLUTIONS,                               :
                                                          :
                            Defendant.                    :
----------------------------------------------------------- X
KAREN ADAMS,                                              :
                                                          :
                            Plaintiff,                    :
                                                          :   15-CV-1523 (BMC)(JO)
                   -against-                              :
                                                          :
MAJOR CHEVROLET, INC.,                                    :
                                                          :
                            Defendant.                    :
----------------------------------------------------------- X
KAREN ADAMS,                                              :
                                                          :
                            Plaintiff,                    :
                                                          :
                   -against-                              :   15-CV-1524 (BMC)(JO)
                                                          :
RJM ACQUISITIONS LLC.,                                    :
                                                          :
                            Defendant.                    :
----------------------------------------------------------- X
KAREN ADAMS,                                              :
                                                          :
                            Plaintiff,                    :
                                                          :
                   -against-                              :   15-CV-1526 (BMC)(JO)
                                                          :
JC CHRISTENSEN,                                           :
                                                          :
                            Defendant.                    :
----------------------------------------------------------- X
KAREN ADAMS,                                              :
                                                          :
                            Plaintiff,                    :
                                                          :
                   -against-                              :   15-CV-1527 (BMC)(JO)
                                                          :
NATIONS RECOVERY,                                         :
                                                          :
                            Defendant.                    :
----------------------------------------------------------- X
```

**COGAN,** District Judge.

ORDER

Plaintiff *pro se* filed these five complaints alleging that defendants obtained her credit report without her consent and with no permissible purpose. By Order dated March 29, 2015, plaintiff's applications to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. §1915 were denied without prejudice because plaintiff's financial declaration did not support a finding that she is indigent. Plaintiff was directed to either file an amended IFP application in each case or pay the $400 filing fee within 14 days of the date of the Order to proceed with each case. By Order dated April 14, 2015, plaintiff's time to file an amended IFP application or pay the filing fee in each case was extended to May 29, 2015.

Plaintiff has not filed amended IFP applications or filing fees in any of her cases. However, she has filed motions for extensions in each case with the exception of 15. Civ. 1523. Her motions in those cases are granted and she has until June 30, 2015 to submit amended IFP applications or pay the filing fees. No further extensions will be granted.

Finally, because plaintiff has not filed a motion for an extension in <u>Adams v. Major Chevrolet Inc.</u>, 15 Civ. 1523, and because she has neither submitted an amended IFP application nor paid the filing fee in that case, it is hereby dismissed without prejudice. The Clerk of Court is directed to close that case.

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore IFP status is denied for purpose of an appeal. <u>See Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962).

                                                                                            _____
                                                                                            Brian M. Cogan
                                                                                            United States District Judge

Dated: Brooklyn, New York
         June 9, 2015